IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SHANE MCCLANAHAN, <br><br> Plaintiff, <br><br> vs. <br><br> WARDEN LYNN GUYER, <br><br> Defendant. | CV 19–13–BU–BMM–KLD <br><br> ORDER |

United States Magistrate Judge Kathleen L. DeSoto entered her Findings and Recommendations in this case on August 22, 2019 (Doc. 5.) She recommended that Plaintiff Shane McClanahan's amended petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 3) be denied. Judge Desoto also recommended that the Clerk of Court should enter a judgment of dismissal and a certificate of appealability should be denied. (*Id.*)

Neither party filed objections to the Findings and Recommendations, and thus both have waived the right to de novo review. 28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and recommendations for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United*

*States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted).  Reviewing for clear error and finding none,

**IT IS ORDERED** that Judge DeSoto's Findings and Recommendations (Doc. 5) are **ADOPTED IN FULL**.  Plaintiff Shane McClanahan's amended petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 3) is **DENIED** as set forth in Judge Johnston's Findings and Recommendations.

DATED this 18th day of November, 2019.

_____
Brian Morris
United States District Court Judge